Decided January 29, 2009

## STATE OF CONNECTICUT *v.* MELVIN HOOKS

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 903 (AC 29286), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*Eileen F. McCarthy*, senior assistant state's attorney, in opposition.

Decided January 29, 2009